**\*\*E-filed 9/26/06\*\***

1   BORIS FELDMAN, State Bar No. 128838
    DOUGLAS J. CLARK, State Bar No. 171499
2   IGNACIO E. SALCEDA, State Bar No. 164017
    RANDOLPH GAW, State Bar No. 223718
3   ERIN J. HOLLAND, State Bar No. 233305
    WILSON SONSINI GOODRICH & ROSATI
4   Professional Corporation
    650 Page Mill Road
5   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
6   Facsimile:   (650) 565-5100
    E-mail:  boris.feldman@wsgr.com
7
    Attorneys for Defendants Rambus Inc.,
8   Thomas J. Bentley, Sunlin Chou,
    Michael P. Farmwald, Mark Horowitz,
9   Harold Hughes, Kevin Kennedy,
    Satish Rishi and Abraham Sofaer
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13   _____
     MICHAEL A. BERNSTEIN PROFIT SHARING          )   CASE NO.:  C 06-4346 JF
14   KEOGH PLAN and RONALD L. SCHWARCZ,           )
     on Behalf of Themselves and All Others Similarly   )
15   Situated,                                    )
                                                  )
16              Plaintiff,                         )   **STIPULATION AND [~~PROPOSED~~]**
                                                  )   **CONSOLIDATION AND**
17         v.                                      )   **SCHEDULING ORDER**
                                                  )
18   HAROLD HUGHES, DAVID MOORING,                )
     ROBERT K. EULAU, GEOFFREY TATE,             )
19   BRUCE DUNLEVIE, P. MICHAEL                    )
     FARMWALD, JOHN D. DANFORTH, MARK            )
20   HOROWITZ, KEVIN KENNEDY, CHARLES            )
     GESCHKE, WILLIAM DAVIDOW, and               )
21   RAMBUS INC.,                                 )
                                                  )
22              Defendants.                        )
     _____    )
23   JOSEPH MANIGLIA, Individually and On Behalf  )   CASE NO.:  C 06-4427 RS
     of All Others Similarly Situated.            )
24                                                )
                Plaintiff,                         )
25                                                )
           v.                                      )
26                                                )
     HAROLD HUGHES, GEOFF TATE, ROBERT           )
27   EULAU, SATISH RISHI and RAMBUS INC.,        )
                                                  )
28   _____Defendants._____    )

| | |
|---|---|
| ANATOLE OLCZAK, On Behalf of Himself And All Others Similarly Situated.<br><br>    Plaintiff,<br><br>    v.<br><br>RAMBUS INC., HAROLD HUGHES, ROBERT K. EULAU, GEOFFREY TATE, BRUCE DUNLEVIE, P. MICHAEL FARMWALD, KEVIN KENNEDY, CHARLES GESCHKE, and WILLIAM DAVIDOW,<br><br>    Defendants. | CASE NO.: C 06-4629 BZ |
| MARILYN FREEDMAN, on behalf of herself and all others similarly situated.<br><br>    Plaintiff,<br><br>    v.<br><br>RAMBUS INC., HAROLD HUGHES, GEOFF TATE, J. THOMAS BENTLEY, SUNLIN CHOU, JOHN DANFORTH, WILLIAM DAVIDOW, BRUCE DUNLEVIE, ROBERT K. EULAU, P. MICHAEL FARMWALD, MARK HOROWITZ, KEVIN KENNEDY, DAVID MOORING, and ABRAHAM SOFAER,<br><br>    Defendants. | CASE NO.: C 06-4715 WHA |
| WENDELL WILLIAMS, Individually and on Behalf of All Others Similarly Situated.<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD HUGHES, DAVID MOORING, ROBERT K. EULAU, GEOFFREY TATE, BRUNCE DUNLEVIE, P. MICHAEL FARMWALD, JOHN D. DANFORTH, MARK HOROWITZ, KEVIN KENNEDY, CHARLES GESCHKE, WILLIAM DAVIDOW, and RAMBUS, INC.,<br><br>    Defendants. | CASE NO.: C 06-4732 MJJ |

The parties hereby stipulate, and the Court hereby orders, as follows:

1

**CONSOLIDATION OF RELATED CASES**

2      1.      The following actions are related cases:

3              *Michael A. Bernstein Profit Sharing Plan v. Hughes, et al.*, No. C 06-4346 JF;

4              *Maniglia v. Hughes, et al.*, No. C 06-4427 RS;

5              *Olczak v. Rambus Inc., et al.*, No. C 06-4629 BZ;

6              *Freedman v. Rambus Inc., et al.*, No. C 06-4715 WHA; and

7              *Williams v. Hughes, et al.*, No. C 06-4732 MJJ.

8          Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated

9   into Civil Action No. C 06-4346 JF, for all purposes, including pretrial proceedings, trial and

10  appeal.  The consolidated action shall be captioned: "*In re Rambus Inc. Securities Litigation*."

11      2.      All related actions that are subsequently filed in, or transferred to, this District

12  shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such

13  related action, absent order of the Court.  A party that objects to such consolidation, or to any

14  other provision of this Order, must file an application for relief from this Order within thirty (30)

15  days after the date on which a copy of the order is served on the party's counsel.

16      3.      This Order is entered without prejudice to the rights of any party to apply for

17  severance of any claim or action, for good cause shown.

18

**MASTER DOCKET AND CAPTION**

19      4.      The docket in Civil Action No. C 06-4346 JF shall constitute the Master Docket

20  for this action.

21      5.      Every pleading filed in the consolidated action shall bear the following caption:

22                      UNITED STATES DISTRICT COURT

23                      NORTHERN DISTRICT OF CALIFORNIA

24                      SAN JOSE DIVISION

25  IN RE RAMBUS INC. SECURITIES          )          Master File No. 06-4346 JF
    LITIGATION                            )
26                                        )
                                          )
27  _____)
                                          )
28  This Document Relates To:             )

6. The file in Civil Action No. C 06-4346 JF shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

7. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

(a) place a copy of this Order in the separate file for such action;

(b) serve on plaintiff's counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

## LEAD PLAINTIFF AND LEAD COUNSEL

8. After the Court has designated a Lead Plaintiff and Lead Counsel in accordance with the Private Securities Litigation Reform Act, Lead Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Counsel shall be responsible for communications with the Court. Lead Counsel shall maintain a master service list of all parties and counsel.

9. Defendants' counsel may rely upon agreements made with Lead Counsel. Such agreements shall be binding on all plaintiffs.

//

//

//

STIP & [PROP] CONSOLIDATION & SCHEDULING ORDER;   -4-
CASE NOS. C 06-4346 JF; C 06-4427 RS; C 06-4629 BZ;
C 06-4715 WHA; AND C 06-4732 MJJ

2907587_1.DOC

**PLEADINGS AND MOTIONS**

10.     Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint or a complaint designated as the operative complaint by Lead Counsel.

11.     Unless otherwise agreed upon by the parties or ordered by the Court, Lead Counsel shall file a consolidated complaint or file a designation of a complaint as the operative complaint forty-five (45) days after the Court enters an Order appointing a Lead Plaintiff and Lead Counsel.  The consolidated complaint or complaint designated as the operative complaint shall supersede all complaints filed in any of the actions consolidated therein.

12.     Unless otherwise agreed upon by the parties and approved by the Court, the time for all defendants to respond is extended until forty-five (45) days after the later of (a) the filing of the consolidated complaint; or (b) the filing designating a complaint as the operative complaint by Lead Counsel.  Unless otherwise agreed upon by the parties and approved by the Court, if defendants file any motions directed at the complaint, the opposition brief shall be filed within forty-five (45) days of that response, and the reply brief shall be filed thirty (30) days thereafter.

13.     The parties shall serve all papers on each other by hand, by overnight delivery, by facsimile, or by e-filing, unless otherwise agreed upon by the parties.  Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Lead Counsel, by first-class mail, unless otherwise agreed upon by the parties.

Dated:  September 20, 2006          WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By: _____/s/ Randolph Gaw_____
                                                Randolph Gaw

                                    Attorneys for Defendants
                                    Rambus Inc., Thomas J. Bentley, Sunlin Chou, Michael P.
                                    Farmwald, Mark Horowitz, Harold Hughes, Kevin
                                    Kennedy, Satish Rishi and Abraham Sofaer

1    Dated:  September 20, 2006            MORRISON & FOERSTER LLP

2

3                                          By:   _____/s/ Darryl P. Rains_____
                                                       Darryl P. Rains
4
                                           Attorneys for Defendant John Danforth
5

6    Dated:  September 20, 2006            SHEARMAN & STERLING LLP

7

8                                          By:   _____/s/ Justin S. Chang_____
                                                       Justin S. Chang
9
                                           Attorneys for Defendants
10                                         William Davidow, Bruce Dunlevie and Charles Geschke

11

12   Dated:  September 20, 2006            IRELL & MANELLA LLP

13

14                                         By:   _____/s/ Daniel P. Lefler_____
                                                       Daniel P. Lefler
15
                                           Attorneys for Defendant Geoffrey Tate
16

17   Dated:  September 20, 2006            STULL, STULL & BRODY

18

19                                         By:   _____/s/ Howard T. Longman_____
                                                       Howard T. Longman
20
                                           Attorneys for Plaintiffs
21                                         Michael A. Bernstein Profit Sharing Keogh Plan and
                                           Ronald L. Schwarcz
22

23

24   Dated:  September 20, 2006            HULETT HARPER STEWART LLP

25

26                                         By:   _____/s/ Sarah P. Weber_____
                                                       Sarah P. Weber
27
                                           Attorneys for Plaintiff Joseph Maniglia
28

1  Dated:  September 20, 2006          KLAFTER & OLSEN LLP

2

3                                      By: _____ /s/ Kurt B. Olsen _____
                                                      Kurt B, Olsen
4
                                       Attorneys for Plaintiff Anatole Olczak
5

6  Dated:  September 20, 2006          JOHNSON & PERKINSON

7

8                                      By: _____ /s/ James F. Conway, III _____
                                                      James F. Conway, III
9
                                       Attorneys for Plaintiff Wendell Williams
10

11
                                       GLANCY BINKOW & GOLDBERG LLP
12  Dated:  September 20, 2006

13

14                                     By: _____ /s/ Lionel Z. Glancy _____
                                                      Lionel Z. Glancy
15
                                       Attorneys for Plaintiff Marilyn Freedman
16

17      **IT IS SO ORDERED:**

18          Pursuant to the parties' stipulation, the Court hereby orders, that pursuant to Federal Rule

19  of Civil Procedure 42(a), the following related actions are consolidated into Civil Action No. C

20  06-4346 JF for pretrial proceedings, trial, and appeal:

21          *Michael A. Bernstein Profit Sharing Plan v. Hughes, et al.*, No. C 06-4346 JF;

22          *Maniglia v. Hughes, et al.*, No. C 06-4427 RS;

23          *Olczak v. Rambus Inc., et al.*, No. C 06-4629 BZ;

24          *Freedman v. Rambus Inc., et al.*, No. C 06-4715 WHA; and

25          *Williams v. Hughes, et al.*, No. C 06-4732 MJJ.

26      The consolidated action shall be captioned: "*In re Rambus Inc. Securities Litigation.*"

27  All related actions that are subsequently filed in, or transferred to, this District shall be

28

1   consolidated into this action for pretrial purposes.  This Order shall apply to every such related

2   action, absent order of the Court.

3        Defendants are not required to respond to the complaint in any action consolidated into

4   this action, other than the consolidated complaint or a complaint designated as the operative

5   complaint by Lead Counsel.

6        Unless otherwise agreed upon by the parties or ordered by the Court, Lead Counsel shall

7   file a consolidated complaint or file a designation of a complaint as the operative complaint

8   forty-five (45) days after the Court enters an Order appointing a Lead Plaintiff and Lead

9   Counsel.  The consolidated complaint or complaint designated as the operative complaint shall

10  supersede all complaints filed in any of the actions consolidated therein.

11       Unless otherwise agreed upon by the parties and approved by the Court, the time for all

12  defendants to respond is extended until forty-five (45) days after the later of (i) the filing of the

13  consolidated complaint; or (ii) the filing designating a complaint as the operative complaint by

14  Lead Counsel.  Unless otherwise agreed upon by the parties and approved by the Court, if

15  defendants file any motions directed at the complaint, the opposition brief shall be filed within

16  forty-five (45) days of that response, and the reply brief shall be filed thirty (30) days thereafter.

17

18  Dated: _____          _____
                    9/22/06

19                                              Hon. Jeremy D. Fogel
                                                United States District Court Judge

20

21

22

23

24

25

26

27

28

1        I, Randolph Gaw, am the ECF User whose identification and password are being used to

2    file the Stipulation and [Proposed] Consolidation and Scheduling Order.  In compliance with

3    General Order 45.X.B, I hereby attest that Darryl P. Rains, Justin S. Chang, Daniel P. Lefler,

4    Howard T. Longman, Sarah P. Weber, Kurt B. Olsen, James F. Conway, III and Hal K. Levitte

5    have concurred in this filing.

6

7    Dated:  September 20, 2006         WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

8

9

                           By: _____/s/  Randolph Gaw_____

10                                      Randolph Gaw

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28