**E-Filed 11/9/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION. | Master File No. C 06-4346 JF (HRL) |
| | ORDER[1] GRANTING MOTION OF RONALD L. SCHWARCZ FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPOINTMENT OF LEAD PLAINTIFF'S COUNSEL |
| This document relates to all actions. | |
| | [re:  doc. no. 14] |

        On November 9, 2006, the Court heard the motion of Ronald L. Schwarcz for appointment of lead plaintiff and for appointment of lead plaintiff's counsel.  Although the Court initially received several other applications for appointment of lead plaintiff, all applications but that of Mr. Schwarcz have been withdrawn.  The Court is satisfied that Mr. Schwarcz has a sufficient financial interest in the action and that he satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.  The Court likewise is satisfied that Mr. Schwarcz's attorneys, the firms Stull, Stull & Brody and Kantrowitz, Goldhammer & Graifman, are qualified to act as co-lead plaintiff's counsel.

---

        [1] This disposition is not designated for publication and may not be cited.

1    Accordingly, IT IS HEREBY ORDERED Ronald L. Schwarcz is appointed as lead

2    plaintiff, and that the firms Stull, Stull & Brody and Kantrowitz, Goldhammer & Graifman are

3    appointed as co-lead plaintiff's counsel.

4

5

6    DATED:  11/9/06

7

8    _____
     JEREMY FOGEL

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order was served on the following persons:

2

3    Mary E. Alexander      malexander@maryalexanderlaw.com

4    Patrice L. Bishop      service@ssbla.com

5    Timothy J. Burke      service@ssbla.com

6    Douglas John Clark      dclark@wsgr.com

7    Boris Feldman      boris.feldman@wsgr.com, ncarvalho@wsgr.com; bhickman@wsgr.com

8    Randolph Gaw      rgaw@wsgr.com, lmontoya@wsgr.com

9    Michael M. Goldberg      info@glancylaw.com

10    Gary S. Graifman      ggraifman@kgglaw.com

11    Erin Jane Holland      eholland@wsgr.com,

12    Frank James Johnson      frank@johnsonlawfirmapc.com, brett@johnsonlawfirmapc.com

13    Willem F. Jonckheer      wjonckheer@schubert-reed.com

14    Howard Theodore Longman      tsvi@aol.com

15    Ignacio E. Salceda      isalceda@wsgr.com, rlustan@wsgr.com

16    Dennis Stewart      dstewart@hulettharper.com, office@hulettharper.com

17

18

19

20

21

22

23

24

25

26

27

28

Case No. Master File No. C 06-4346 JF (HRL)
ORDER GRANTING MOTION OF RONALD L. SCHWARCZ FOR APPOINTMENT OF LEAD PLAINTIFF ETC.
(JFLC2)