**E-filed 12/20/06**

1  Timothy J. Burke (181866)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5

6  Howard T. Longman
   STULL, STULL & BRODY
   6 East 45th Street
7  New York, NY 10017
   Tel:    (212) 687-7230
8  Fax:    (212) 490-2022

9  Gary S. Graifman
   KANTROWITZ, GOLDHAMER &
10 GRAIFMAN
   210 Summit Avenue
11 Montvale, NJ  07645
   Tel:    (201) 391-7000
12 Fax:    (201) 307-1088

13 Co-Lead Counsel for Plaintiffs

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| | Master File No. C06-4346 JF |
| | **CLASS ACTION** |
| IN RE RAMBUS INC. SECURITIES LITIGATION, | **STIPULATION and [PROPOSED] CONSENT ORDER TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |
| | JUDGE:  Honorable Jeremy Fogel |

**DOCUMENT TITLE**
**CASE NO. C06-04346 JF**
F:\WPDATA\Aer\Rambus\Rambus Stipulation re CAC 12.12.06.wpd

**IT IS HEREBY STIPULATED AND AGREED**, between the undersigned attorneys for the parties herein as follows:

**WHEREAS**, on or about May 30, 2006 and further on July 19, 2006, Rambus, Inc ("Rambus" or the "Company") announced that it intended to restate its financial results for the fiscal years 2003, 2004, 2005 and first quarter of 2006, and has delayed filing of its Form 10-Q for the periods ended June 30, 2006 and September 30, 2006; and

**WHEREAS**, on July 14, 2006 the first of six securities class action complaints were filed in this Court against Rambus and certain of the Company's current and former officers and directors; and

**WHEREAS**, on or about September 26, 2006, the Court entered a Stipulation, Consolidation and Consent Order, which stated, <u>inter alia</u>, that the plaintiffs shall file and serve a consolidated amended complaint within forty five (45) days of appointment of lead plaintiff and lead counsel, and which consolidated the action as <u>In re Rambus, Inc. Securities Litigation</u>, Case No. C06-4346 JF; and

**WHEREAS**, by Order dated November 9, 2006, the Court appointed lead plaintiff and lead counsel; and

**WHEREAS,** on November 21, 2006 Rambus announced Nasdaq granted its request for an extension to file quarterly reports and that the deadline to submit its restated financial results had been extended until February 9, 2007; and

**WHEREAS**, Lead Plaintiff intends to assert claims based, in part, on Rambus' restatement of its financial results and Rambus may not complete the restatement until some time in early 2007.

**NOW**, given the Company's expectation that the restated financial results will not be released within the time for filing of the Consolidated and Amended Complaint, now due December 26, 2006, and to avoid unnecessary filings, the parties agree that the Consolidated Amended Complaint will be due the earlier of (i) twenty-one (21) days after Rambus' filing with the Securities and Exchange Commission of its restated financial results for the aforestated periods; or

2

1  (ii) January 31, 2007. In the event that such restated financial results have not been filed by January
2  22, 2007, the parties may apply for a further extension.

3  **ATTESTATION OF GARY S. GRAIFMAN**

4   I, Gary S. Graifman, hereby attest that the contents of this document are acceptable to all
5  persons required to sign it.

7  Dated: December 19, 2006

KANTROWITZ, GOLDHAMER &
GRAIFMAN

  /s/
Gary S. Graifman, Esq.
210 Summit Avenue
Montvale, NJ  07645
Tel:    (201) 391-7000
Fax:    (201) 307-1088

  /s/
Timothy J. Burke, Esq.
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

  /s/
Howard T. Longman, Esq.
STULL, STULL & BRODY
6 East 45th Street, Suite 500
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

**Co-Lead Counsel for Plaintiffs**

3

1

2  /s/
Ignacio E. Salceda, Esq.
3 WILSON SONSINI GOODRICH
& ROSATI, P.C.
4 650 Page Mill Road
Palo Alto, California
5 Tel:   (650) 493-9300
Fax:  (650) 493-6811

6

7 **Attorneys for Defendants Hughes, Farmwald, Horowitz, Kennedy, and Rambus, Inc.**

8

9

10  /s/
Justin S. Chang, Esq.
11 SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
12 San Francisco, CA 94105
Tel:   (415) 616-1100
13 Fax:  (415) 616-1199

14
**Attorneys for Defendants Dunlevie, Geschke and Davidow**
15

16

17

18 **SO ORDERED:**   12/20/06

19

20

21 _____
**HON. JEREMY FOGEL**
22 **U.S.D.J.**

23

24

25

26

27

28

4

**DOCUMENT TITLE**
**CASE NO. C06-04346 JF**
F:\WPDATA\Aer\Rambus\Rambus Stipulation re CAC 12.12.06.wpd