**E-filed 2/2/07**

Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:     (212) 687-7230
Fax:    (212) 490-2022

Gary S. Graifman
KANTROWITZ, GOLDHAMER &
GRAIFMAN
210 Summit Avenue
Montvale, NJ  07645
Tel:     (201) 391-7000
Fax:    (201) 307-1088

Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION, | Master File No. C06-4346 JF <br><br> **CLASS ACTION** <br><br> **STIPULATION and [P~~ROPOSE~~D] ORDER TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** <br><br> JUDGE:  Honorable Jeremy Fogel |

1

**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**

|   |   |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED**, between the undersigned attorneys for the parties herein as follows: |
| 2 | **WHEREAS**, on or about May 30, 2006, Rambus, Inc ("Rambus" or the "Company") |
| 3 | announced that its audit committee had begun an internal investigation into the timing of |
| 4 | past option grants and "other potentially related issues." |
| 5 | WHEREAS, on July 19, 2006, Rambus announced that it intended to restate its financial |
| 6 | results for the fiscal years 2003, 2004, 2005 and first quarter of 2006, and has delayed filing of its |
| 7 | Form 10-Q for the periods ended June 30, 2006 and September 30, 2006; and |
| 8 | **WHEREAS**, on July 14, 2006 the first of six securities class action complaints were filed in |
| 9 | this Court against Rambus and certain of the Company's current and former officers and directors; |
| 10 | and |
| 11 | **WHEREAS**, on or about September 26, 2006, the Court entered a Stipulation, |
| 12 | Consolidation and Consent Order, which stated, <u>inter alia</u>, that the plaintiffs shall file and serve a |
| 13 | consolidated amended complaint within forty five (45) days of appointment of lead plaintiff and |
| 14 | lead counsel, and which consolidated the action as <u>In re Rambus, Inc. Securities Litigation</u>, Case |
| 15 | No. C06-4346 JF; and |
| 16 | **WHEREAS**, by Order dated November 9, 2006, the Court appointed lead plaintiff and lead |
| 17 | counsel; and |
| 18 | **WHEREAS,** on November 21, 2006 Rambus announced Nasdaq granted its request for an |
| 19 | extension to file quarterly reports and that the deadline to submit its restated financial results had |
| 20 | been extended until February 9, 2007; and |
| 21 | **WHEREAS**, Lead Plaintiff intends to assert claims based, in part, on Rambus' restatement |
| 22 | of its financial results and Rambus may not complete the restatement until some time in early 2007; |
| 23 | and |
| 24 | **WHEREAS**, Lead Plaintiff's Consolidated and Amended Complaint was due on January |
| 25 | 31, 2007 but Lead Plaintiff requested additional time and Defendants have consented to an |
| 26 | additional period of time to February 14 2007, |
| 27 | |
| 28 | 2<br>**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME TO FILE<br>CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

1  **NOW**, therefore, subject to Court approval, it is agreed as follows:

2  1. The Consolidated Amended Complaint (the "Complaint") will be due on or before February 14, 2007. Lead Plaintiff reserves the right to apply for a further extension in connection with the delayed filing of the restated financial results. Defendants believe that Lead Plaintiff, should file the Complaint on or before the new date of February 14, 2007.

2. Defendants shall answer or otherwise respond to the Complaint no later than 45 days from the date of service.

3. In the event that Defendants file and serve any motion directed at the Complaint, Lead Plaintiff shall file and serve an opposition within 45 days after the service of the motion.

4. If Defendants file and serve a reply to Lead Plaintiff's opposition, they will do so within 21 days after service of the opposition.

I, Timothy J. Burke, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order To Extend Time To File Consolidated Amended Complaint And Setting Briefing Schedule**.** I hereby attest that the contents of this document are acceptable to all persons required to sign it.

Dated: January 31, 2007             _____/s/_____
                                    Timothy J. Burke, Esq.
                                    STULL, STULL & BRODY
                                    10940 Wilshire Boulevard
                                    Suite 2300
                                    Los Angeles, CA  90024
                                    Tel:   (310) 209-2468
                                    Fax:   (310) 209-2087

                                    KANTROWITZ, GOLDHAMER & GRAIFMAN
                                    Gary S. Graifman, Esq.
                                    210 Summit Avenue
                                    Montvale, NJ  07645
                                    Tel:   (201) 391-7000
                                    Fax:   (201) 307-1088

**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**

```
 1                                          Howard T. Longman, Esq.
                                            STULL, STULL & BRODY
 2                                          6 East 45th Street, Suite 500
                                            New York, NY 10017
 3                                          Tel:   (212) 687-7230
                                            Fax:   (212) 490-2022
 4
                                            Co-Lead Counsel for Plaintiffs
 5
     Dated:  January 30, 2007                      /s/
 6                                          Ignacio E. Salceda, Esq.
                                            WILSON SONSINI GOODRICH
 7                                          & ROSATI, P.C.
                                            650 Page Mill Road
 8                                          Palo Alto, California
                                            Tel:   (650) 493-9300
 9                                          Fax:   (650) 493-6811

10                                          Attorneys for Defendants Hughes, Farmwald,
                                            Horowitz, Kennedy, and Rambus Inc.
11

12   Dated:  January 31, 2007                      /s/
                                            Justin S. Chang, Esq.
13                                          SHEARMAN & STERLING LLP
                                            525 Market Street, Suite 1500
14                                          San Francisco, CA 94105
                                            Tel:   (415) 616-1100
15                                          Fax:   (415) 616-1199

16                                          Attorneys for Defendants Dunlevie, Geschke
                                            and Davidow
17

18                                    *     *     *

19                                         ORDER

20

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.

22   DATED:  ___2/2/07_____        _____
                                                   The Hon. Jeremy Fogel
23                                          United States District Court Judge
```

4
**STIPULATION and [PROPOSED] ORDER TO EXTEND TIME TO FILE
CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**