**E-filed 3/16/07**

1   Timothy J. Burke (181866)
    service@ssbla.com
2   STULL, STULL & BRODY
    10940 Wilshire Boulevard
3   Suite 2300
    Los Angeles, CA  90024
4   Tel:    (310) 209-2468
    Fax:    (310) 209-2087
5

6   Howard T. Longman (Admitted *Pro Hac Vice*)
    tsvi@aol.com
7   STULL, STULL & BRODY
    6 East 45th Street
    New York, NY 10017
8   Tel:    (212) 687-7230
    Fax:    (212) 490-2022
9

10  Gary S. Graifman (Admitted *Pro Hac Vice*)
    ggraifman@kgglaw.com
11  KANTROWITZ, GOLDHAMER & GRAIFMAN
    210 Summit Avenue
    Montvale, NJ  07645
12  Tel:    (201) 391-7000
    Fax:    (201) 307-1088
13

    *Co-Lead Counsel for Plaintiffs*
14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17

18  IN RE RAMBUS, INC. SECURITIES        )    Master File No. C06-4346 JF
    LITIGATION                           )    **CLASS ACTION**
19                                       )
                                         )
20       This Document Relates To:       )    **STIPULATION REQUESTING**
                                         )    **CONTINUANCE OF INITIAL CASE**
21           ALL ACTIONS.                )    **MANAGEMENT CONFERENCE;**
    _____)    **SETTING MOTION DATE; AND**
                                              **[PROPOSED] ORDER**
22
                                              DATE:      June 22, 2007
23                                            TIME:      9:00 a.m.
                                              CTRM:      Honorable Jeremy Fogel
24

25

26

27

28

**WHEREAS**, there is currently a Case Management Conference scheduled for March 16, 2007 which the parties wish to move to the same date as the hearing date for the Defendants' contemplated motion to dismiss, for which a briefing schedule has previously been set; and

**WHEREAS**, the parties agree that the hearing date for the motion to dismiss should be scheduled for June 22, 2007 (subject to change of that date to a non-motion day which counsel for Lead Plaintiff will request upon acceptable dates being confirmed with Defendants' counsel),

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned parties as follows:

1.    The hearing date for the Defendants' Motion To Dismiss the First Consolidated and Amended Class Action Complaint shall be scheduled for June 22, 2007 at 9:00 a.m.(subject to the change of such date, if needed, as noted above).

2.    The initial Case Management Conference in this matter shall be rescheduled for the same date as the motion to dismiss the complaint, to be set as noted above, for June 22, 2007.

**IT IS SO STIPULATED.**


**ATTESTATION OF TIMOTHY J. BURKE**

I, Timothy J. Burke, hereby attest that the contents of this document are acceptable to all persons required to sign it.  I further attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


Timothy J. Burke
STULL, STULL & BRODY


Dated:  March 14, 2007          By:     _____/ s /_____
                                        Timothy J. Burke
                                        10940 Wilshire Boulevard
                                        Suite 2300
                                        Los Angeles, CA  90024
                                        Tel:    (310) 209-2468
                                        Fax:    (310) 209-2087

1

1

Howard T. Longman (Admitted *Pro Hac Vice*)
tsvi@aol.com

2

STULL, STULL & BRODY
6 East 45th Street

3

New York, NY 10017
Tel:    (212) 687-7230

4

Fax:    (212) 490-2022

5

Gary S. Graifman (Admitted *Pro Hac Vice*)
ggraifman@kgglaw.com

6

KANTROWITZ, GOLDHAMER & GRAIFMAN
210 Summit Avenue

7

Montvale, NJ  07645
Tel:    (201) 391-7000

8

Fax:    (201) 307-1088

9

***Co-Lead Counsel for Plaintiffs***

10

11

12

_____ / s / _____
Jeffrey S. Facter
Justin S. Chang

13

jfacter@shearman.com
jchang@shearman.com

14

**SHEARMAN & STERLING, LLP**
525 Market Street, Suite 1500

15

San Francisco, CA 94105-2723
Tel: 415-616-1100

16

Fax: 415-616-1199

17

***Attorneys for Defendants Dunlevie, Davidow, Geschke***

18

19

20

_____ / s / _____
Ignacio E. Salceda, Esq.

21

isalceda@wsgr.com
**WILSON SONSINI GOODRICH**

22

**& ROSATI**
650 Page Mill Road

23

Palo Alto, CA 94304
Tel:  650-493-9300

24

Fax: 650-493-6811

25

***Attorneys for Defendants Rambus, Inc., Hughes, Farmwald, Horowitz and Kennedy***

26

27

28

2

1

2

3
        / s/ Darryl P. Raines
      Darryl P. Raines, Esq. (CA SBN 104802)

4
      Stephanie L. Zeller, Esq. (CA 223693)
      MORRISON & FOERSTER, LLP

5
      755 Page Road
      Palo Alto, CA 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

6
      Tel: 650-813-5600
      Fax: 650-494-0792

7
      Drains@mofo.com
      Szeller@mofo.com

8
      ***Attorneys for Defendant John Danforth***

9

10

11

12

13
          [~~Proposed~~] ORDER

14
   GOOD CAUSE HAVING BEEN SHOWN, the hearing date for Defendants' Motion to

15
Dismiss the First Consolidated and Amended Complaint shall be scheduled for June 22, 2007, at

16
9:00 a.m. before the Court (subject to the contemplated request by Plaintiff's Lead Counsel for leave

17
to reschedule on a non-motion date); and the initial Case Management Conference, currently

18
scheduled for March 16, 2007, shall be hereby continued until June 22, 2007.

19
   **IT IS SO ORDERED.**

20

21
Dated:  3/16/07
                            

22
             Honorable Jeremy Fogel
            United States District Court Judge

23

24

25

26

27

28

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\RAMBUS2\PLD\Stip & [P]O toCont CMC & MTD.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )
                                                           )ss.:
COUNTY OF LOS ANGELES           )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

      On March 15, 2007, I served the document(s) described as **STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; SETTING MOTION DATE; AND [PROPOSED] ORDER** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

  xx     BY FACSIMILE TRANSMISSION.  I caused a facsimile machine transmission from facsimile machine telephone number (310) 209-2087 to the facsimile machine telephone number(s) listed on the attached Service List.  Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

  xx     BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on March 15, 2007, at Los Angeles, California 90024.

| | |
|---|---|
| MELANIE JACOBS | /s/ |
| Type or Print Name | Signature |

4

1

## SERVICE LIST

2  David Siegel                                    David Mooring
   IRELL & MANELLA LLP                             13791 La Paloma Road
3  1800 Avenue of the Stars                        Los Altos, CA 94022
   Suite 900                                       **(U.S. Mail only)**
4  Los Angeles, CA 90067
   Tel:    (310) 277-1010
5  Fax:    (310) 203-7199

6  **Counsel for Defendant Geoffrey Tate**

7  Susan S. Muck
   FENWICK & WEST LLP
8  555 California Street
   12th Floor
9  San Francisco, CA 94104
   Tel:    (415) 875-2300
10 Fax:    (415) 281-1350

11 **Counsel for Defendant Robert K. Eulau**

12 James H.R. Windels
   DAVIS POLK & WARDELL
13 450 Lexington Avenue
   New York, NY 10017
14 Tel:    (212) 450-4000
   Fax:    (212) 450-3800

15
16 **Counsel for Defendant
   PricewaterhouseCoopers**

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\RAMBUS2\PLD\Stip & [P]O toCont CMC & MTD.wpd