BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Rambus Inc.,
Harold Hughes, Mark Horowitz,
P. Michael Farmwald and Kevin Kennedy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   All Actions. | MASTER FILE NO.: C-06-4346 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS RAMBUS INC., HAROLD HUGHES, MARK HOROWITZ, P. MICHAEL FARMWALD AND KEVIN KENNEDY'S BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date: June 22, 2007<br>Time: 9:00 a.m.<br>Before: Hon. Jeremy Fogel |

WHEREAS, this is a purported class action brought against Rambus Inc. ("Rambus"), a number of its former officers and directors, and its independent auditor with respect to the dating of option grants;

WHEREAS, Lead Plaintiff filed a Consolidated Amended Class Complaint For Violations of Federal Securities Laws (the "CAC") on February 14, 2007;

STIP AND [PROPOSED] ORDER EXTENDING PAGE
LIMIT ON DEFTS. RAMBUS, INC., HUGHES,
HOROWITZ, FARMWALD AND KENNEDY'S BRIEF
ISO MOT. TO DISMISS. CONSOLID. CLASS
COMPLAINT; CASE NO. C-06-4346 JF

3088365_1.DOC

1  WHEREAS, the 120-page CAC asserts a putative class period spanning five and a half years, alleges four causes of action, and raises complex issues under the federal securities laws;

WHEREAS, Defendants Rambus, Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's (collectively, "Defendants") response to the CAC is due on April 2, 2007. Defendants intend to file a motion to dismiss the CAC on April 2, 2007;

WHEREAS, Civil Local Rule 7-4(b) provides that briefs may not exceed 25 pages of text, unless the Court orders otherwise pursuant to a party's request made prior to the due date;

WHEREAS, Defendants anticipate filing a brief in support of their motion to dismiss the CAC that is approximately 45 pages in length;

WHEREAS, counsel for Lead Plaintiff has agreed to allow Defendants to file a brief in support of their motion to dismiss that is 45 pages or less in length;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the undersigned that:

1.  Defendants Rambus, Inc., Harold Hughes, Mark Horowitz and P. Michael Farmwald may file a brief in support of their motion to dismiss the CAC that is up to 45 pages in length.

Dated:  March 29, 2007                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By: /s/ Ignacio E. Salceda
                                                     Ignacio E. Salceda

                                                Attorneys for Defendants Rambus, Inc.,
                                                Harold Hughes, Mark Horowitz, P. Michael
                                                Farmwald and Kevin Kennedy

| | | |
|---|---|---|
| 1 | Dated:  March 29, 2007 | KANTROWITZ, GOLDHAMER & GRAIFMAN STULL, STULL & BRODY |

Dated:  March 29, 2007

KANTROWITZ, GOLDHAMER & GRAIFMAN STULL, STULL & BRODY

By: /s/ Gray S. Graifman
    Gary S. Graifman
    (Admitted *Pro Hac Vice*)
    ggraifman@kgglaw.com
    210 Summit Ave.
    Montvale, NJ  07645
    Tel:  (201) 391-7000
    Fax:  (201) 307-1088

Timothy J. Burke
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024
Tel:  (310) 209-2468
Fax:  (310) 209-2087

Howard T. Longman (Admitted *Pro Hac Vice*)
tsvi@aol.com
STULL, STULL & BRODY
6 East 45th St.
New York, NY  10017
Tel:  (212) 687-7230
Fax:  (212) 490-2022

Co-Lead Counsel for Lead Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  4/2/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1    I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2 to file the Stipulation and [Proposed] Order Extending Page Limit of Defendants Rambus Inc.,
3 Harold Hughes, Mark Horowitz, P. Michael Farmwald and Kevin Kennedy's Brief in Support of
4 Their Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint.  I hereby
5 attest that Gary S. Graifman has concurred in this filing.

7 Dated:  March 29, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
8
9                                           By:  /s/    Ignacio E. Salceda
                                                       Ignacio E. Salceda
10
                                            Attorneys for Defendants Rambus Inc.,
11                                          Harold Hughes, Mark Horowitz,
                                            P. Michael Farmwald and Kevin Kennedy

STIP AND [PROPOSED] ORDER EXTENDING PAGE                    -4-                          3088365_1.DOC
LIMIT ON DEFTS. RAMBUS, INC., HUGHES,
HOROWITZ, FARMWALD AND KENNEDY'S BRIEF
ISO MOT. TO DISMISS. CONSOLID. CLASS
COMPLAINT; CASE NO. C-06-4346 JF