\*\*E-Filed 5/14/07\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE RAMBUS, INC. SECURITIES LITIGATION<br><br>This document relates to all actions. | Case Number C 06-4346 JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO RELATE CASES<br><br>[re doc. no. 127] |

　　Defendants Rambus, Inc., P. Michael Farmwald, Mark Horowitz, Harold Hughes and Kevin Kennedy move to relate *James M. Kelley, et al. v. Rambus, Inc., et al.*, Case No. C 07-1238 RMW (PVT) to the instant action, *In re Rambus, Inc. Securities Litigation*, Case No. C 06-4346 JF (HRL). Judge Whyte also has referred to the undersigned the issue of whether the two actions are related. Having concluded that the actions meet the criteria of Civil Local Rule 3-12(a), the undersigned HEREBY GRANTS the motion to relate the cases. The Clerk of the Court shall reassign Case No. C 07-1238 RMW (PVT) to the undersigned, and shall reassign the case for discovery purposes from Magistrate Judge Patricia Trumbull to Magistrate Judge Howard Lloyd, such that the new case number of the reassigned case reads C 07-1238 JF (HRL).

---

　　[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-4346 JF (HRL)
ORDER DENYING PLAINTIFFS' MOTION TO LIFT PSLRA DISCOVERY STAY
(JFLC2)

1   IT IS SO ORDERED.

8   DATED: 5/14/07

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 06-4346 JF (HRL)
ORDER DENYING PLAINTIFFS' MOTION TO LIFT PSLRA DISCOVERY STAY
(JFLC2)

1  This Order was served on the following persons:

2

3  Mary E. Alexander    malexander@maryalexanderlaw.com

4  Patrice L. Bishop    service@ssbla.com

5  Timothy J. Burke    service@ssbla.com

6  Justin S. Chang    jchang@shearman.com

7  Douglas John Clark    dclark@wsgr.com

8  Jeffrey S. Facter    jfacter@shearman.com, rcheatham@shearman.com; jae.ko@shearman.com

9  William B. Federman    wfederman@aol.com, law@federmanlaw.com; ngb@federmanlaw.com

10  Boris Feldman    boris.feldman@wsgr.com, ncarvalho@wsgr.com; bhickman@wsgr.com

11  Anthony I. Fenwick    anthony.fenwick@dpw.com, angela.quach@dpw.com; cdoyle@dpw.com

12  Donald P. Gagliardi    dgagliardi@be-law.com, gsimmons@be-law.com

13  Martin N. Gelfand    mgelfand@irell.com

14  Michael M. Goldberg    info@glancylaw.com

15  Gary S. Graifman    ggraifman@kgglaw.com

16  Erin Jane Holland    eholland@wsgr.com,

17  John Charles Hueston    jhueston@irell.com

18  Frank James Johnson    frankj@johnsonbottini.com, brett@johnsonbottini.com, frankb@johnsonbottini.com, emily@johnsonbottini.com

19  Willem F. Jonckheer    wjonckheer@schubert-reed.com

20  Garland Aycuff Kelley    gkelley@irell.com

21  Felix Shih-Young Lee    flee@fenwick.com

22  Howard Theodore Longman    tsvi@aol.com

23  Susan Samuels Muck    smuck@fenwick.com, cgalvin@fenwick.com

24  Juan Carlos Orellana    corellana@fenwick.com, bwalrod@fenwick.com; DocketCalendarRequests@fenwick.com

25

26  Jay L. Pomerantz    jpomerantz@fenwick.com, slim@fenwick.com

27  Darryl P. Rains    drains@mofo.com, dgillis@mofo.com

28  Patrick David Robbins    probbins@shearman.com, rcheatham@shearman.com

3

Case No. C 06-4346 JF (HRL)
ORDER DENYING PLAINTIFFS' MOTION TO LIFT PSLRA DISCOVERY STAY
(JFLC2)

| | |
|---|---|
| 1 | Ignacio E. Salceda     isalceda@wsgr.com, rlustan@wsgr.com |
| 2 | David Siegel     dsiegel@irell.com |
| 3 | Jay Edward Smith     js@gslaw.org, jlawton@gslaw.org |
| 4 | Dennis Stewart     dstewart@hulettharper.com, office@hulettharper.com |
| 5 | Cheryl Thomae Viirand     cheryl.viirand@dpw.com, susan.lee@dpw.com |
| 6 | Namita Wahi     namita.wahi@dpw.com, ecf.ct.papers@dpw.com |
| 7 | Stephanie Laura Zeller     szeller@mofo.com, mbarakah@mofo.com |
| 8 | Jill R. Zimmerman     jill.zimmerman@dpw.com, nanci.salyer@dpw.com; angela.quach@dpw.com |
| 10 | Michael L. Braunstein |
| | Kantrowitz Goldhamer & Graifman |
| 11 | 210 Summit Avenue |
| | Montvale, NJ 07645 |
| 13 | James H.R. Windels |
| | Davis Polk & Wardwell |
| | 450 Lexington Avenue |
| 14 | New York, NY 10017 |

4