**E-filed 5/21/07**

BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Rambus Inc.,
Harold Hughes, Mark Horowitz,
P. Michael Farmwald and Kevin Kennedy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION | MASTER FILE NO.: C-06-4346 JF |
| This Document Relates To:<br><br>All Actions. | **STIPULATION AND [PROPOSED] ORDER TAKING OFF CALENDAR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  June 27, 2007<br>Time:  1:30 p.m.<br>Before: Hon. Jeremy Fogel |

WHEREAS, all of the defendants have filed motions to dismiss plaintiffs' Consolidated Amended Class Action Complaint ("Complaint");

WHEREAS, pursuant to the scheduling order entered in this case, plaintiffs' opposition to the motions to dismiss filed by Rambus and the individual defendants is due May 17, 2007, and a hearing on the motions has been set by the Court for June 27, 2007, at 1:30 p.m.;

WHEREAS, the parties believe that it is appropriate to take the briefing and hearing of these motions off calendar;

STIP AND [PROPOSED] ORDER TAKING OFF
CALENDAR DEFS' MOTIONS TO DISMISS PLTFF'S
CONSOL. AMENDED CLASS ACTION COMPLAINT
CASE NO. C-06-4346 JF

3117380_1.DOC

1    THEREFORE, subject to Court approval, the parties request that the briefing and hearing

2 of the motions to dismiss be taken off calendar and that the parties will report to the Court within

3 30 days of this Order on whether there will be a need to put such motions back on calendar.

4 Dated:  May 17, 2007                                              WILSON SONSINI GOODRICH & ROSATI
                                                                                      Professional Corporation

5

6
                                                                              By: /s/ Ignacio E. Salceda
7                                                                                    Ignacio E. Salceda

8                                                                              Attorneys for Defendants Rambus, Inc.,
                                                                                      Harold Hughes, Mark Horowitz, P. Michael
9                                                                                    Farmwald and Kevin Kennedy

10
    Dated:  May 17, 2007
11                                                                              By:   /s/   Howard T. Longman

12                                                                              Howard T. Longman (Admitted *Pro Hac Vice*)
                                                                                      tsvi@aol.com
13                                                                              STULL, STULL & BRODY
                                                                                      6 East 45th St.
14                                                                              New York, NY  10017
                                                                                      Tel:  (212) 687-7230
15                                                                              Fax:  (212) 490-2022

16                                                                              Timothy J. Burke
                                                                                      STULL, STULL & BRODY
17                                                                              10940 Wilshire Boulevard, Suite 2300
                                                                                      Los Angeles, CA  90024
18                                                                              Tel:  (310) 209-2468
                                                                                      Fax:  (310) 209-2087

19
                                                                                      Gary S. Graifman
20                                                                              (Admitted Pro Hac Vice)
                                                                                      *ggraifman@kgglaw.com*
21                                                                              KANTROWITZ, GOLDHAMER &
                                                                                      GRAIFMAN
22                                                                              210 Summit Ave.
                                                                                      Montvale, NJ  07645
23                                                                              Tel:  (201) 391-7000
                                                                                      Fax:  (201) 307-1088

24
                                                                                      Co-Lead Counsel for Lead Plaintiff
25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  May 17, 2007 | SHEARMAN & STERLING LLP<br>Jeffrey S. Facter<br>Justin S. Chang<br>525 Market Street<br>San Francisco, CA  94105<br>Telephone:  (415) 616-1100<br>Facsimile:  (415) 616-1199 |

Dated:  May 17, 2007       SHEARMAN & STERLING LLP
                           Jeffrey S. Facter
                           Justin S. Chang
                           525 Market Street
                           San Francisco, CA  94105
                           Telephone:  (415) 616-1100
                           Facsimile:  (415) 616-1199

By:   /s/  Justin S. Chang
         Justin S. Chang

Attorneys for Defendants William H. Davidow, Bruce Dunlevie and Charles Geschke

Dated:  May 17, 2007       MORRISON & FOERSTER LLP
                           Darryl P. Rains
                           Stephanie L. Zeller
                           755 Page Mill Road
                           Palo Alto, CA  94304
                           Telephone:  (650) 813-5600
                           Facsimile:  (650) 494-0792

By:   /s/ Stephanie L. Zeller
         Stephanie L. Zeller

Attorneys for Defendant John D. Danforth

Dated:  May 17, 2007       BERGESON, LLP
                           Daniel Bergeson
                           Donald P. Gagliardi
                           303 Almaden Blvd., Suite 500
                           San Jose, CA  95110-2712
                           Telephone:  (408) 291-6200
                           Facsimile:  (408) 297-6000

By:   /s/ Donald P. Gagliardi
         Donald P. Gagliardi

Attorneys for Defendant David Mooring

| | | |
|---|---|---|
| 1 | Dated: May 17, 2007 | IRELL AND MANELLA LLP |
| 2 | | David Siegel |
| | | Martin N. Gelfand |
| 3 | | John C. Hueston |
| | | Garland Kelley |
| 4 | | Alexander Karpman |
| | | 1800 Avenue of the Stars, Suite 900 |
| 5 | | Los Angeles, CA  90067 |
| | | Telephone:  (310) 277-1010 |
| 6 | | Facsimile:  (310) 203-7199 |

By:  /s/  David Siegel
       David Siegel

Attorneys for Defendant Geoff Tate

Dated: May 17, 2007                         FENWICK & WEST LLP
                                             Susan S. Muck
                                             Christine A. Vogelei
                                             555 California Street, 12th Floor
                                             San Francisco, CA  94104
                                             Telephone:  (415) 875-2300
                                             Facsimile:  (415) 281-1350

                                             -and-

                                             Jay L. Pomerantz
                                             Felix S. Lee
                                             Silicon Valley Center
                                             801 California Street
                                             Mountain View, CA  94041
                                             Telephone: (650) 988-8500
                                             Facsimile (650) 938-5200


                                             By:  /s/  Christine A. Vogelei
                                                     Christine A. Vogelei

                                             Attorneys for Defendant Robert K. Eulau

STIP AND [PROPOSED] ORDER TAKING OFF                     -4-                            3117380_1.DOC
CALENDAR DEFS' MOTIONS TO DISMISS PLTFF'S
CONSOL. AMENDED CLASS ACTION COMPLAINT
CASE NO. C-06-4346 JF

Dated: May 17, 2007

DAVIS POLK & WARDWELL

James H.R. Windels
Cheryl T. Viirand
450 Lexington Avenue
New York, NY  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800

-and-

Anthony I. Fenwick
Jill Zimmerman
1600 El Camino Real
Menlo Park, CA  94025
Telephone: (650) 752-2000
Facsimile (650) 752-2111

By:  /s/   James H.R. Windels
         James H.R. Windels

Attorneys for Defendant
PricewaterhouseCoopers LLP

**ORDER**

Pursuant to the parties' stipulation, the briefing and hearing on defendants' motions to dismiss the Consolidated Amended Class Action Complaint is taken off calendar. Within 30 days of the date of this Order, the parties are ordered to report to the Court on whether the motions should be put back on calendar.

IT IS SO ORDERED.

Dated: 5/21/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2  to file the Stipulation and [Proposed] Order Taking Off Calendar Defendants' Motions to
3  Dismiss Plaintiff's Consolidated Amended Class Action Complaint.  I hereby attest that Howard
4  T. Longman, Justin S. Chang, Stephanie L. Zeller, Donald P. Gagliardi, David Siegel, Christine
5  A. Vogelei and James H.R. Windels have concurred in this filing.

7  Dated:  May 17, 2007            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

9                                  By:  /s/    Ignacio E. Salceda
                                            Ignacio E. Salceda

                                   Attorneys for Defendants Rambus Inc.,
                                   Harold Hughes, Mark Horowitz,
                                   P. Michael Farmwald and Kevin Kennedy