IRELL & MANELLA LLP
David Siegel (101355) (dsiegel@irell.com)
Martin N. Gelfand (42462) (mgelfand@irell.com)
John C. Hueston (164921) (jhueston@irell.com)
Garland A. Kelley (225450) (gkelley@irell.com)
Alexander L. Karpman (238761) (akarpman@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant Geoff Tate

*efiled 2/28/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION<br><br>This document Relates To:<br><br>ALL ACTIONS | CASE NO. C06-4346 JF<br><br>DEFENDANT GEOFF TATE'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER<br><br>Date: March 5, 2008<br>Time: 1:30 p.m.<br>Judge: Hon. Jeremy Fogel |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
(CASE NO. C06-4346 JF)

Counsel for Defendant Geoff Tate respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Wednesday March 5, 2008 at 1:30 p.m. in the above-referenced matter. This request is made on the grounds that counsel's offices are located in Los Angeles, approximately 340 miles from the San Jose Courthouse. Accordingly, requiring personal appearance at the conference would impose an unnecessary hardship on counsel.

Dated: February 25, 2008     Respectfully submitted,

IRELL & MANELLA LLP
David Siegel
Martin N. Gelfand
John C. Hueston
Garland A. Kelley
Alexander L. Karpman

By:     /s/
    Garland A. Kelley
    Attorneys for Defendant
    Geoff Tate

## [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Geoff Tate's request to appear telephonically at the Case Management Conference scheduled for Wednesday March 5, 2008 at 1:30 p.m. in this action is hereby granted. Counsel for Geoff Tate is required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the conference.

IT IS SO ORDERED.

Dated: 2/27/08     _____
    Honorable Jeremy Fogel
    United States District Court Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
(CASE NO. C06-4346 JF)