Chamber's Copy

JUDGE JEREMY FOGEL

**IRELL & MANELLA LLP**
David Siegel (101355) (dsiegel@irell.com)
Martin N. Gelfand (42462) (mgelfand@irell.com)
John C. Hueston (164921) (jhueston@irell.com)
Garland A. Kelley (225450) (gkelley@irell.com)
Alexander L. Karpman (238761) (akarpman@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

**E-filed 5/9/08**

Attorneys for Defendant Geoff Tate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION<br><br>This document Relates To:<br><br>ALL ACTIONS | CASE NO. C06-4346 JF<br><br>DEFENDANT GEOFF TATE'S REQUEST TO APPEAR TELEPHONICALLY AT FINAL FAIRNESS HEARING; AND [~~PROPOSED~~] ORDER<br><br>Date:   May 14, 2008<br>Time:   1:30 p.m.<br>Judge:  Hon. Jeremy Fogel |

Counsel for Defendant Geoff Tate respectfully requests that the Court allow the telephonic appearance of counsel at the Final Fairness Hearing scheduled for Wednesday May 14, 2008 at 1:30 p.m. in the above-referenced matter. This request is made on the grounds that counsel's offices are located in Los Angeles, approximately 340 miles from the San Jose Courthouse. Accordingly, requiring personal appearance at the hearing would impose an unnecessary hardship on counsel.

Dated: May 6, 2008

Respectfully submitted,

IRELL & MANELLA LLP
David Siegel
Martin N. Gelfand
John C. Hueston
Garland A. Kelley
Alexander L. Karpman

By: ____/s/_____
Garland A. Kelley
Attorneys for Defendant
Geoff Tate

### [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Geoff Tate's request to appear telephonically at the Final Fairness Hearing scheduled for Wednesday May 14, 2008 at 1:30 p.m. in this action is hereby granted. Counsel for Geoff Tate is required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the hearing.

IT IS SO ORDERED.

Dated: 5-9-0f

_____
Honorable Jeremy Fogel
United States District Court Judge

- 2 -
REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT FINAL FAIRNESS HEARING AND [PROPOSED] ORDER (CASE NO. C06-4346 JF)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations