**E-filed 5/14/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br>     All Actions | ) MASTER FILE NO.: C-06-4346 JF <br> ) <br> ) **ORDER APPROVING** <br> ) **PLAN OF ALLOCATION OF** <br> ) **SETTLEMENT PROCEEDS** <br> ) <br> ) <br> ) |

On this 14th day of May, 2008, a hearing having been held before this Court for final approval of Lead Plaintiff's ("Lead Plaintiff") Plan of Allocation of Settlement Proceeds to the Class comprising of all persons who purchased the common stock and/or call options of Rambus Inc. ("Rambus" or the "Company"), or sold put options of Rambus, between December 4, 2001 and July 18, 2006, inclusive and were damaged thereby. The Court, having considered all matters submitted to it at the hearing and otherwise having determined the fairness and reasonableness of the proposed Settlement of the claims of the Class Members against the Defendants:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions in the Stipulation of Settlement filed March 4, 2008 (the "Stipulation"), and all capitalized terms used herein shall have the same meaning as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and underlying Actions and over all parties to the Action and Underlying Actions, including all Members of the Class.

3. The Court hereby finds that the Plan of Allocation was designed to fairly and rationally allocate the proceeds of the Settlement among Class members based on the extent of their injuries.

4. The Court hereby finds that the Plan of Allocation of Settlement Proceeds from the Settlement is fair, adequate and reasonable to the Class.

5. Lead Plaintiff's Counsel is directed to allocate the Settlement Proceeds in accordance with the terms and provisions of the Plan of Allocation of Settlement Proceeds.

Dated: _____

Jeremy Fogel
United States District Court Judge for the Northern District of California