**E-filed 5/14/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates To: )<br>   All Actions )<br>) | MASTER FILE NO.: C-06-4346 JF<br><br>**ORDER APPROVING<br>AWARD OF ATTORNEYS' FEES AND<br>REIMBURSEMENT OF EXPENSES** |

A hearing having been held before this Court on May 14, 2008 to determine whether the terms and conditions of the Stipulation of Settlement, dated March 4, 2008 (the "Stipulation"), between Lead Plaintiff, on behalf of himself and each of the Class Members, and Defendants Rambus Inc., Harold Hughes, Mark Horowitz, P. Michael Farmwald, Kevin Kennedy, William H. Davidow, Bruce Dunlevie, Charles Geschke, John D. Danforth, David Mooring, Geoff Tate, Robert K. Eulau and PricewaterhouseCoopers LLP (collectively, "Defendants"), should be approved and, to determine, among other issues, whether the Court should grant the motion for an award of attorneys' fees and reimbursement of expenses; and

The Court, having considered all matters submitted to it at the hearing, including the declarations of counsel regarding their lodestar and the work engaged in, and otherwise having determined the fairness and reasonableness of the proposed Settlement and, the fairness, reasonableness and appropriateness of the request for an award of attorneys' fees and reimbursement of expenses:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meaning as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and underlying Actions and over all parties to the Action and Underlying Actions, including all Members of the Class.

3. The Court has by separate Final Judgment and Order found that each of the provisions of Rule 23(a) of the Federal Rules of Civil Procedure has been satisfied and the Action has been properly maintained according to the provisions of Rule 23(b) of the Federal Rules of Civil Procedure; and the Court has further approved the Settlement.

4. The motion by Lead Counsel for an award of attorneys' fees and reimbursement of expenses from the Settlement Fund of $18,333,313.00 (which includes accrued interest from March 6, 2008 of $333,313.00), is hereby granted by the Court and the Court hereby awards Lead Counsel attorneys' fees in the amount of twenty-five percent (25%) of the Settlement Fund, which totals $ __4,583,328.25_____, and reimbursement of expenses in the amount of $ __282,788.49_____.

5. The awarded attorneys' fees and interest earned thereon, plus expenses, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is entered subject to the terms, conditions and obligations of the Stipulation, which terms, conditions and obligations are incorporated herein.

6. Said fees shall be allocated by Lead Counsel to other counsel in a manner which, in their good faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the litigation.

7. Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Litigation, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

8. Notwithstanding the above, in the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, this Order shall be rendered null and void and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void, and the attorneys fees and expenses, if previously paid by Rambus, shall be returned to Rambus as provided for in the Stipulation.

Dated:

_____
Jeremy Fogel
United States District Court Judge