**E-filed 5/27/08**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE RAMBUS, INC. SECURITIES LITIGATION, | Master File No.:  C 06-4346 JF (HRL) |
| | ORDER AMENDING MAY 14 ORDERS TO CORRECT ERROR *NUNC PRO TUNC* |
| | [re:  doc. nos. 187, 190] |

On May 14, 2008, this Court issued four orders, including Docket No. 187, ORDER BY JUDGE JEREMY FOGEL (1) GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVING PLAN OF ALLOCATION; (3) AWARDING ATTORNEYS' FEES AND COSTS; AND (4) ADDRESSING OBJECTIONS OF WILLIAM AND KATHLEEN MCWHORTER, and Docket No. 190, ORDER APPROVING AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES.  In these orders, the Court erroneously stated that the settlement fund in this case consists of $18,000,000 plus accrued interim interest of $333,313 *from* March 6, 2008.  In fact, the settlement fund consists of $18,000,000 plus accrued interim interest of $333,313 *through* March 6, 2008, *plus interest after March 6, 2008 as provided for in the Stipulation of Settlement*.  The orders in question are

1    HEREBY AMENDED to correct this error *nunc pro tunc*.

2         IT IS SO ORDERED.

3

4

5

6

7

8    DATED:  May 27, 2008

9

10   _____
     JEREMY FOGEL
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-4346 JF (HRL)
ORDER AMENDING MAY 14 ORDERS TO CORRECT ERROR *NUNC PRO TUNC*
(JFLC2)

1   This Order has been served upon the following persons:

2

3   Mary E. Alexander malexander@maryalexanderlaw.com

4   Patrice L. Bishop service@ssbla.com

5   Michael L. Braunstein mbraunstein@kgglaw.com

6   Timothy J. Burke service@ssbla.com

7   Justin S. Chang jchang@shearman.com, rcheatham@shearman.com

8

9   Douglas John Clark dclark@wsgr.com

10  Jeffrey S. Facter jfacter@shearman.com, jae.ko@shearman.com, rcheatham@shearman.com

11  William B. Federman wfederman@aol.com, law@federmanlaw.com, ngb@federmanlaw.com

12  Boris Feldman boris.feldman@wsgr.com, ncarvalho@wsgr.com

13  Anthony I. Fenwick anthony.fenwick@dpw.com, angela.quach@dpw.com, cdoyle@dpw.com

14
    Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com, gsimmons@be-law.com
15
    Martin N. Gelfand mgelfand@irell.com
16
    Michael M. Goldberg info@glancylaw.com
17
    Gary S. Graifman ggraifman@kgglaw.com
18
19  Erin Jane Holland eholland@foley.com

20  John Charles Hueston jhueston@irell.com

21  Frank James Johnson frankj@johnsonbottini.com, brett@johnsonbottini.com,
22  frankb@johnsonbottini.com, trisha@johnsonbottini.com
23
    Willem F. Jonckheer wjonckheer@schubert-reed.com
24
    Alexander Louis Karpman akarpman@irell.com
25
    Garland Aycuff Kelley GKelley@irell.com
26
27  Felix Shih-Young Lee flee@fenwick.com

28

Case No. C 06-4346 JF (HRL)
ORDER AMENDING MAY 14 ORDERS TO CORRECT ERROR *NUNC PRO TUNC*
(JFLC2)

Howard Theodore Longman tsvi@aol.com

Susan Samuels Muck smuck@fenwick.com, cgalvin@fenwick.com

Juan Carlos Orellana corellana@fenwick.com, bwalrod@fenwick.com, DocketCalendarRequests@fenwick.com

Jay L. Pomerantz jpomerantz@fenwick.com, slim@fenwick.com

Darryl Paul Rains drains@mofo.com, dgillis@mofo.com

Ignacio Evaristo Salceda isalceda@wsgr.com, rlustan@wsgr.com

David Siegel dsiegel@irell.com

Jay Edward Smith js@gslaw.org, jlawton@gslaw.org

Dennis Stewart dstewart@hulettharper.com, office@hulettharper.com

Cheryl Thomae Viirand cheryl.viirand@dpw.com, ecf.ct.papers@dpw.com, richard.cooper@dpw.com, susan.lee@dpw.com

Namita Wahi namita.wahi@dpw.com, catherine.stevenson@dpw.com

James H.R. Windels james.windels@dpw.com

Stephanie Laura Zeller szeller@mofo.com, llontayao@mofo.com

Jill R. Zimmerman jill.zimmerman@dpw.com, brooke.russakoff@dpw.com, nanci.salyer@dpw.com

Daniel Scott Brown
Law Office of Daniel Brown
131 Lawnview Cir.
Danville, CA 94526-5107

William K. Langfan Trust
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111