**E-Filed 5/3/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) _____ ) | Master File No. C06-4346 JF<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] **ORDER AUTHORIZING PAYMENT OF FEES AND EXPENSES TO CLAIMS ADMINISTRATOR AND DISBURSEMENT OF NET SETTLEMENT FUND TO CLAIMANTS**<br><br>DATE:     April 30, 2010<br>TIME:     9:00 a.m.<br>CTRM:   3, 5th Floor<br>JUDGE:  Hon. Jeremy Fogel |

1  **WHEREAS**, on May 14, 2008, this Court entered an Order and Final Judgment approving the terms of the Stipulation and Agreement of Settlement dated February 29, 2008 (the "Stipulation") in the above-referenced class action; and

4  **WHEREAS**, this Court has directed the parties to consummate the terms of the Stipulation;

5  **WHEREAS**, this Court has retained jurisdiction of this Action for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement, the payment of fees and unreimbursed expenses to the claims administrator, and the processing of proofs of claim and the distribution of the Net Settlement Fund to the Authorized Claimants.

10  **NOW, THEREFORE**, upon reading and filing the Declaration of Michael Rosenbaum of Berdon Claims Administration LLC, the Claims Administrator, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby

13  **ORDERED**, that the administrative determinations of the Claims Administrator accepting the claims as indicated on the computer printout of accepted claims submitted with and described in the Affidavit of Michael Rosenbaum hereby are approved and said claims, including the 701 claims received after the filing deadline, are hereby accepted; and it is further;

17  **ORDERED**, that the administrative determinations of the Claims Administrator rejecting the claims as indicated on the computer printout of rejected claims submitted with and described in the Declaration of Michael Rosenbaum hereby are approved, and said claims are hereby are rejected; and it is further

21  **ORDERED**, that Berdon Claims Administration LLC be paid the sum of $1,038,167.24 from the Settlement Fund in payment of outstanding fees and expenses incurred in connection with administering the Settlement herein; and it is further

24  **ORDERED**, that the balance of the Settlement Fund after deducting the payments previously allowed and set forth herein (the "Net Settlement Fund") shall be distributed to the eligible Class Members whose claims have been accepted on a pro rata basis consistent with the Plan of Allocation; and it is further

28

1

1 **ORDERED**, that the checks for distribution to the accepted claimants shall bear the
2 notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IN 180 DAYS
3 AFTER ISSUE DATE." Plaintiffs' Lead Counsel and the Claims Administrator are authorized to
4 take appropriate action to locate and or contact any eligible claimant who has not cashed his, her or
5 its check within said time; and it is further

6 **ORDERED**, that the costs of such services to locate and reissue checks to such claimants
7 shall be payable from the unclaimed/uncashed monies remaining in the Net Settlement Fund; and it
8 is further

9 **ORDERED**, that, as provided in the Plan of Allocation previously approved herein, after
10 one year after the initial distribution of the Net Settlement Fund to eligible claimants and after
11 appropriate efforts have been made to have the eligible claimants cash their checks, Plaintiffs' Lead
12 Counsel are authorized, after payment of any unpaid costs or fees incurred in administering the Net
13 Settlement Fund, to distribute any funds remaining in the Net Settlement Fund by reason of returned
14 or unpaid checks or otherwise, to eligible claimants who have cashed their checks, provided that
15 they would receive at least $10.00 on such re-distribution based on their Recognized Claims, after
16 payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such
17 re-distribution if economically feasible, or if after six months thereafter or after such re-distribution,
18 any funds remain in the Net Settlement Fund, then such balance shall be contributed to
19 not-for-profit, 501(c)(3) organization(s) designated by Plaintiffs' Co-Lead Counsel without further
20 order of this Court; and it is further

21 **ORDERED**, that all persons involved in the review, verification, calculation, tabulation, or
22 any other aspect of the processing of the claims submitted herein, or otherwise involved in the
23 administration or taxation of the Settlement Fund or the Net Settlement Fund are released and
24 discharged from any and all claims arising out of such involvement, and all Class Members,
25 whether or not they are to receive payment from the Net Settlement Fund are barred from making
26 any further claim against the Net Settlement Fund or the released persons beyond the amount
27 allocated to them pursuant to this Order, and it is further
28

2

**[Proposed] ORDER AUTHORIZING PAYMENT OF FEES & EXPENSES TO CLAIMS ADMINISTRATOR
& DISBURSEMENT OF NET SETTLEMENT FUND TO CLAIMANTS**   <u>**CASE NO. C06-04346 JF**</u>
Z:\STULL\RAMBUS2\PLD\Class Distribution\HL Edits [P]O iso Order for Distribution.wpd

1 **ORDERED**, that the Claims Administrator is hereby authorized to discard paper or hard copies of the Proof of Claim forms and supporting documents not less than one year after the initial distribution of the Net Settlement Amount to the eligible claimants and electronic or magnetic media data not less than three years after the initial distribution of the Net Settlement Amount to the eligible claimants; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this action; and it is further

**ORDERED**, that no claim cured after the date of entry of this Order may be accepted for any reason whatsoever.

Dated: 4/30/2010

_____
Honorable Jeremy Fogel
United States District Court Judge

Submitted by:

Timothy J. Burke
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Howard T. Longman (admitted *pro hac*)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Gary S. Graifman (admitted *pro hac*)
KANTROWITZ, GOLDHAMER & GRAIFMAN
210 Summit Avenue
Montvale, NJ  07645
Tel:   (201) 391-7000
Fax:   (201) 307-1088

**Co-Lead Counsel for Plaintiffs**

[Proposed] ORDER AUTHORIZING PAYMENT OF FEES & EXPENSES TO CLAIMS ADMINISTRATOR
& DISBURSEMENT OF NET SETTLEMENT FUND TO CLAIMANTS                    **CASE NO. C06-04346 JF**
Z:\STULL\RAMBUS2\PLD\Class Distribution\HL Edits [P]O iso Order for Distribution.wpd